# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFERY W. MCWILLIAMS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-0212 |
| v. | : | (CAPUTO, D.J.) |
| | | (MANNION, M.J.) |
| **Lt. SNYDER, ET AL.,** | : | |
| Defendants | : | |

## REPORT AND RECOMMENDATION

Presently before the court are two motions for temporary restraining orders filed by the plaintiff, Doc. No. 36 and Doc. No. 41. Each motion is supported by a single-page brief, Doc. No. 37 and Doc. No. 42, respectively. Filed one week after the initial motion, the second motion and brief are identical to the first and is considered as a repetitive filing. In response to the initial filing, the defendants filed a brief in opposition, Doc. No. 38.

The plaintiff's underlying complaint alleges that corrections officers at the Adams County Adult Correctional Complex ("ACACC") used excessive force against the plaintiff while he was incarcerated at that facility. (Doc. No. 1). The plaintiff's briefs express concern over possible retaliation by prison officials during the plaintiff's temporary return to ACACC for a court appearance on August 13, 2012. The plaintiff, however, does not allege any

specific facts on which his concerns are based beyond a general allegation that officers are "known" to deprive inmates of their rights. (Doc. No. 36). Absent any specifically articulated reasons that a restraining order is necessary, the court finds no grounds for granting the motions.

Moreover, the Pennsylvania Department of Corrections Inmate Locator and the return address listed on the plaintiff's latest correspondence with the court, Doc. No. 50, indicate that the plaintiff's temporary placement at ACACC has ended and that he has returned to his permanent facility, SCI-Cresson. Therefore, it appears that the motions are also moot.

As such, **IT IS RECOMMENDED THAT** both pending motions for temporary restraining orders, Doc. No. 36 and Doc. No. 41, be **DENIED**, or in the alternative, **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date: October 15, 2012**
O:\shared\REPORTS\2012 Reports\12-0212-01.wpd