# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY W. MCWILLIAMS, | |
| Plaintiff, | No. 3:12-CV-212 |
| v. | (JUDGE CAPUTO) |
| LT. SNYDER, et al., | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

## ORDER

**NOW** this 25th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion[1] (Doc. 54) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 54) is **ADOPTED.**

(2) Plaintiff Jeffery McWilliams' Motions for a Temporary Restraining Order (Doc. 36, Doc. 41) are **DENIED**.

(3) The case is referred to a Magistrate Judge for further proceedings.

A. Richard Caputo
United States District Judge

---

[1] The caption reflects Judge Mannion's office as a Magistrate Judge when he issued the Report and Recommendation here under review. He has since become a United States District Judge.