IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY W. McWILLIAMS,

    Plaintiff,

v.

LT. SNYDER, et al.,

    Defendants

No. 3:12-CV-212

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 3rd day of October 2013, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 75) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 75) is **ADOPTED.**

(2)     Defendants' Motion for Summary Judgment (Doc. 62) is **GRANTED.**

(3)     Judgment is entered in favor of Defendants Lt. Snyder, Lt. Skelton, Lt. Alvarez, C.O. Pontious, C.O. Weible, C.O. Eyler, Sgt. House, Warden Brian Clark and Deputy Warden Loung and against Plaintiff Jeffrey W. McWilliams.

(4)     The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge